IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON D. MARSHALL, | § | |
| TDCJ-ID #10007893, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-03-3894 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum Opinion and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk is to provide a copy of this order to all parties.

SIGNED at Houston, Texas, on this 29th day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge